RECEIVED
BY MAIL

JAN 29 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven M. KIRCHNER
6205 Raleigh ST APT #2
Duluth, MN 55807

Plaintiff(s),

vs.

The F.B.I, The Justice Dept,
InterPol, The Duluth Police Dept,
The St. Louis Co Sheriff Dept, & the S.S.A
(Social Security Administration)
The Federal Communication Commission

Defendant(s).

Case No. _____
21-cv-247 WMW/LIB
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
YES  X   NO ___

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit.  Please
attach additional sheets if necessary.)

## COMPLAINT

**PARTIES**

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

   a. Plaintiff

   Name                  Steven MICHAEL KIRCHNER

   Street Address        6205 Raleigh ST

   County, City          St. Louis     Duluth

   State & Zip Code      Minnesota   55807

   Telephone Number      218-221-9314

2. List all defendants.  You should state the full name of the defendant, even if that defendant is
   a government agency, an organization, a corporation, or an individual.  Include the address
   where each defendant may be served.  Make sure that the defendant(s) listed below are
   identical to those contained in the above caption.

SCANNED

JAN 29 2021

U.S. DISTRICT COURT ST. PA

a. Defendant No. 1

Name _The F.B.I_

Street Address _935 Pennsylvania Ave N.W_

County, City _Washington D.C. 20535_

State & Zip Code _____

b. Defendant No. 2

Name _The Dept of Justice_

Street Address _950 Pennsylvania Ave N.W._

County, City _Washington D.C. 20530-0001_

State & Zip Code _____

c. Defendant No. 3

Name _Interpol (Dept of Justice)_

Street Address _950 Pennsylvania Ave, N.W_

County, City _Washington D.C. 20530-0001_

State & Zip Code _____

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** □
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

4. F.C.C.   Federal Communications ~~Dep~~ Commission.
   445 12th ST S.W.
   Washington, D.C. 20554

5. The Saint Louis County ~~Sher~~ Sheriffs DepT
   100 N 5th AVE W.
   Duluth, MN. 55802

6. The Duluth Police DepT
   2030 ARLington Ave
   Duluth, mN 55811

7. The Social Security ADministration
   ~~445~~ 6401 Security Blvd
   Baltimore, MD 21235

the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Question        ☒ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply.

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: *Steven MICHAEL KILCHNER* State of Citizenship: *Minnesota*

Defendant No. 1: *, GOV* State of Citizenship:

*ALL GOV* Defendant No. 2: *, GOV* State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.**

6.  What is the basis for venue in the District of Minnesota?  *(check all that apply)*

G  Defendant(s) reside in Minnesota    G  Facts alleged below primarily occurred in Minnesota

G  Other:  explain
*Plaintiff Lives in Minnesota + ALL Fact + Reports have been reported from here to Depts.*

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.  *The Non-Investigation into the Murders rapes + Paternity Falsifications have caused Damage to reputation to the point of Becoming a felony by The Departments.*

3

The people in these reports are fact and Can be approach interveiwed and obtained for Blood tests. I have Copies and Proof of reciept by the Department mentioned. No Documentation of Any Investigation or Blood test have been Documented.

The S.S.A. Based thier Finding of a mental Health Disorder based only on Physciatry and never had an Investigation properly Done to Determine what I have mentioned is fact or Fiction.

Above all that there has been banking institutions Such as the St. Louis Co Federal Saving & Loan, (changed name First nationwide BANK) Wells Fargo the STATE Bank Towncerd. St. Louis Co Bank of Duluth, MN now appears to be U.S. Bank. Although Listed as inactive it Continued to aquire Banks as Far as I Can See until 01-01-2012. IT Lists 14 Billion in assets yet it aquisitions would well exceed by far.

So all of the Murders, Rapes & Sex trafficking Phedaphile Rings & Banking Fraude, Including false accounts allowing Identity thefts such as the one reported to office streek in Duluth, MN.

Deposited into the St Louis Co Federal Savings & Loan was the Will & Testiment of Wilma & MICHAEL KIRCHNER. My Grandmother and Grandfather which I still have been able to recieve Proper Investigation is essenciall to Determine my Losses

4

*Steven M. Kirchner*

**Attach additional sheets of paper as necessary.**

**Check here if additional sheets of paper are attached:** ☐

**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**


REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Cover the cost of filing and Discovery + Investigation + Blood tests. The rest to be Determined upon discovery. Total recovery expected

Date:

Signature of Plaintiff  _Steven M. Kirchner_

Mailing Address  6205 Raleigh St Apt #2
Duluth, MN 55807

Telephone Number  218-221-9314

<u>Note</u>:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.